

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 2, 2013

Michael Stephen Raign
Attorney At Law
115 E. Travis Building
Suite 333
San Antonio, TX 78205

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205

RE:    Court of Appeals Number:    04-13-00192-CV
        Trial Court Case Number:    2013-MH-0659
        Style:  The State of Texas for the Best Interest and Protection of S.S., a
Mentally Ill Person

        Enclosed please find the order which the Honorable Court of Appeals has
issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

        Very truly yours,
        KEITH E. HOTTLE, CLERK

        Elizabeth Montoya
        Deputy Clerk, Ext. 53857

cc: Delcine Benavides
Gerard Rickhoff



# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2013

No. 04-13-00192-CV and 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,**
**A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-0659 and 2013-MH-0591
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

On March 27, 2013, appellant filed a motion to consolidate appeal cause numbers 04-13-00192-CV and 04-13-00193-CV. Appellant's Certificate of Conference states appellant's counsel attempted to confer with the State, but was informed no attorney in the Bexar County District Attorney's Office has yet been assigned to the appeals. We have reviewed the cases, and agree the two cases are similar enough to treat them as one case.

Therefore, the motion is GRANTED and it is ORDERED that the two cases shall be consolidated for briefing and argument purposes (if argument is requested and granted). The parties shall file motions, briefs, and other pleadings as if the two appeals were one case, but shall put both appeal numbers in the style of the case. The record, however, shall remain separated. If oral argument is requested and granted, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

Delcine Benavides, who is the court reporter responsible for preparing, certifying, and filing the reporter's record in both cases, is reminded that the record was due March 25, 2013

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

April 2, 2013

No. 04-13-00192-CV and 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,
A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-0659 and 2013-MH-0591
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

On March 27, 2013, appellant filed a motion to consolidate appeal cause numbers 04-13-00192-CV and 04-13-00193-CV. Appellant's Certificate of Conference states appellant's counsel attempted to confer with the State, but was informed no attorney in the Bexar County District Attorney's Office has yet been assigned to the appeals. We have reviewed the cases, and agree the two cases are similar enough to treat them as one case.

Therefore, the motion is GRANTED and it is ORDERED that the two cases shall be consolidated for briefing and argument purposes (if argument is requested and granted). The parties shall file motions, briefs, and other pleadings as if the two appeals were one case, but shall put both appeal numbers in the style of the case. The record, however, shall remain separated. If oral argument is requested and granted, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

Delcine Benavides, who is the court reporter responsible for preparing, certifying, and filing the reporter's record in both cases, is reminded that the record was due March 25, 2013

<u>Sandee Bryan Marion</u>
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

<u>/s/ Keith E. Hottle</u>
Keith E. Hottle
Clerk of Court

Entered this 2nd day of April, 2013.                                                    VOL____PAGE____